```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNIVERSITY OF TENNESSEE RESEARCH                                       :
FOUNDATION,                                                            :
                                                                       :
                              Plaintiff,                               :     23 Mc. 182 (JPC)
                                                                       :
                -v-                                                    :     ORDER
                                                                       :
CAELUM BIOSCIENCES, INC. et al,                                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Movant Trustees of Columbia University in the City of New York shall serve Respondent University of Tennessee Research Foundation with a copy of its motion to quash, and file proof of service on the docket no later than June 8, 2023. Respondent shall file an opposition brief by June 22, 2023. If Respondent agrees with Movant that this motion should be transferred to the Eastern District of Tennessee, Respondent shall instead file a letter with the Court to that effect by June 15, 2023.

      The Court will hold a conference to decide the Motion on July 6, 2023 at 10:00 a.m. via telephone. At the scheduled time, counsel for all parties should call (866) 434-5369 access code 9176261.

      SO ORDERED.

Dated: June 6, 2023
      New York, New York

                                                JOHN P. CRONAN
                                          United States District Judge